# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 15-1428-JGB (JEM) | Date | June 9, 2017 |
|---|---|---|---|
| Title | BRUCE DE LA CRUZ v J MICHAEL LEE, et al | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|
| S. Anthony | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE

On April 28, 2017, the Court issued an Order Accepting Report and Recommendation directing the Plaintiff to file a First Amended Complaint ("FAC") within thirty (30) days of the date of the order. (Docket No. 49). To date, Plaintiff has not file a FAC.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and failure to comply with a court order.

Plaintiff shall file a written response to this Order to Show Cause no later than June 19, 2017. [1] Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

Filing of a FAC consistent with the requirements of the April 28, 2017 Order shall be a satisfactory response to the Order to Show Cause. No extensions of this deadline will be granted absent extraordinary circumstances.

cc: Parties

:
Initials of Preparer     sa

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court. Upon the filing of a Response, the Order to Show Cause will stand submitted.